UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23818-CIV-UNGARO/SIMONTON

LUXURY CONDOMINIUM, INC.,

Plaintiff/Counter-Defendant,

v.

PACIFIC INSURANCE COMPANY, LTD.,

Defendant/Counter-Plaintiff.
_____/

## ORDER REQUIRING COMPLIANCE WITH THE LOCAL RULES AND SETTING A TELEPHONIC HEARING

Presently pending before this Court is [38] Defendant Pacific Insurance Company Ltd.'s Unopposed Expedited Motion to Compel Deposition Testimony of Ivan Maldonado, a non-party witness. This motion has been referred to the undersigned Magistrate Judge by the Honorable Ursula Ungaro, United States District Judge [41]. It appears that the Motion was never served on witness Maldonado, since the Certificate of Service only names counsel for Plaintiff. In addition, it appears that Defendant has failed to comply with Local Rule 7.1(a)(3), which required a pre-filing conference with Maldonado and a report as to the result of the conference. It is clear that a properly served witness must attend his deposition; therefore it seems likely that this matter can be resolved either without need for court intervention, or through the entry of an agreed Order which specifies the time and date for the deposition.

Although the Motion could be denied for failure to comply with the requirements of the local rules, it appears more efficient to permit counsel to remedy these omissions. Therefore, it is hereby

**ORDERED** that on or before Tuesday, August 10, 2010, counsel for Defendant

shall confer with witness Maldonado regarding this motion and shall serve the Motion and this Order on him. Counsel shall file a Certificate of Compliance with this Order, which shall remedy the above omissions, and state whether the matter has been resolved, and include contact information regarding Maldonado's telephone number, physical address, fax number and email address, to the extent this information is known. It is further

**ORDERED** that, if the matter is not resolved, a telephonic hearing is set for Wednesday, August 11, 2010, at 3:30 p.m. Counsel for Defendant shall initiate the hearing by placing a conference call to the chambers of the undersigned Magistrate Judge (305-523-5930) with all parties and witness Maldonado on the line.

**DONE AND ORDERED** in chambers in Miami, Florida, on August 5, 2010.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnishes via CM/ECF to:
The Honorable Ursula Ungaro, United States District Judge
All counsel of record